☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

    - v -                       :        NOTICE OF INTENT TO
                                         FILE AN INFORMATION
ROGERIO POUBEL,                  :

        Defendant.           **08 CRIM 508**
- - - - - - - - - - - - - - - - x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
       May 21, 2008

                        MICHAEL J. GARCIA
                        United States Attorney

          By: _____
              Jeffrey A. Brown
              Assistant United States Attorney

          AGREED AND CONSENTED TO:

          By: _____
              Alexander Arandia, Esq
              Attorney for Rogerio Poubel

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/21/08]*

*[Stamp: JUDGE STEIN]*

5/21/08   WHEEL A