*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

RECEIVED
AUG - 6 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

**BY FAX**

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

MEMO ENDORSED

Re:   **United States v. Rogerio Poubel**
      08 Cr. 508 (SHS)

Dear Judge Stein:

      The Government writes, with the consent of defense counsel, to adjourn the status conference currently scheduled for tomorrow, Thursday August 7, at 2:30 p.m. The parties are engaged in ongoing plea discussions and anticipate that a disposition short of trial will be reached; we therefore request that a date be set approximately thirty days from today, at which point the parties expect to be prepared for a guilty plea.

The parties further request that Your Honor enter an order pursuant to Title 18, United States Code, Section 3161(h)(8)(A), in the interests of justice and to permit the parties' plea negotiations to continue, excluding Speedy Trial time from today through ~~the date fixed by the court for the parties' next appearance.~~ Sept 4. Next conf. set for Sept 4 at 2:30 p.m. for a plea or to set a trial date.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
JEFFREY A. BROWN
Assistant United States Attorney
Telephone: (212) 637-1110

cc (by e-mail): Alex Arandia, Esq.

SO ORDERED 8/6/08

_____
SIDNEY H. STEIN
U.S.D.J.